Fee Waived

WILLIAM R. TAMAYO (CA State Bar No. 84965)
JONATHAN T. PECK (VA State Bar No. 12303)
SANYA HILL MAXION (WA. State Bar No. 18739)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
901 Market Street, Suite 500
San Francisco, California 94103
Telephone: (415) 356-5047
Facsimile: (415)625-5657

Attorneys for Applicant

FILED

2008 FEB -6  P 2: 54

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CV 08.80017 MISC. RMW HRL

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Civil Action Number: |
| Applicant, | NOTICE OF HEARING ON APPLICATION FOR AN ORDER ENFORCING SUBPOENA |
| v. | (42 U.S.C. §§12117, 2000e-9 & 29 U.S.C. §161) |
| ENGLISH OAKS CONVALESCENT REHABILITATION CENTER, | |
| Defendant. | Date: Friday, March 14, 2008<br>Time: 9 a.m.<br>Court: Honorable Ronald M. Whyte |

To:  Respondent ENGLISH OAKS CONVALESCENT REHABILITATION CENTER and its attorney of record:

PLEASE TAKE NOTICE that on Friday, March 14, 2008, at 9:00 a.m., or as soon thereafter as counsel can be heard, in the United States District Court for the Northern District of California, Applicant EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("EEOC" or "Commission") will and hereby does apply for an Order enforcing a subpoena served on July 05, 2007, by the Commission upon English Oaks Convalescent Rehabilitation Center (Respondent).

Application for an Order Enforcing Subpoena - 1

This application is made pursuant to 42 U.S.C. Section 12117(a), and Section 710 of Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), 42 U.S.C. Section 2000e-9, and Section 11 of the National Labor Relations Act ("NLRA"), 29 U.S.C. Section 161(1).

The requests made in the Commission's subpoena are relevant, specific, and not unduly burdensome. The requests are within the Commission's investigatory authority as provided by Section 709(a) of Title VII, 42 U.S.C. Section 2000e-8(a) and 42 U.S.C. Section 12117(a).

Section 710 of Title VII, 42 U.S.C. Section 2000e-9, provides that the procedural guidelines set forth in Section 11 of the NLRA, 29 U.S.C. Section 161, shall govern investigations conducted by the EEOC. Section 11(2) of the NLRA confers jurisdiction upon the United States District Courts to enforce an administrative subpoena upon application by the issuing agency.

This Application is based upon the following documents:

    a.    The Commission's Application for an Order Enforcing Administrative Subpoena, filed herewith; and

    b.    The Commission's Memorandum of Points and Authorities in Support of Application for an Order Enforcing Subpoena, filed herewith;

    c.    The Declaration of Michael Baldonado, Acting District Director of the San Francisco District Office of the EEOC, including all exhibits attached thereto; filed herewith;

    d.    The Proposed Order Enforcing Subpoena, filed herewith.

DATED: February 5, 2008

Sanya Hill Maxion
SANYA HILL MAXION
Attorney for Applicant
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION