08-80017 MISC. RMW    HRL

FILED

2008 FEB -6 P 2: 55

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# CERTIFICATE OF SERVICE

I am a citizen of the United States, employed in the County of Santa Clara, over the age of 18 years, and not a party to this action. My business address is the office of the Equal Employment Opportunity Commission, San Jose Local Office, 96 N. Third St., Suite 200, San Jose, CA 95112.

On the date below, I placed a copy of

- **NOTICE OF HEARING ON APPLICATION FOR AN ORDER ENFORCING SUBPOENA**
- **APPLICANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR AN ORDER ENFORCING SUBPOENA**
- **DECLARATION OF MICHAEL BALDONADO IN SUPPORT OF APPLICATION FOR AN ORDER ENFORCING SUBPOENA WITH EXHIBITS A THROUGH G INCLUDED.**
- **PROPOSED ORDER ENFORCING THE ADMINISTRATIVE SUBPOENA OF APPLICANT, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

in a franked envelope which I deposited in the United States mail addressed to :

**Keith A. Fink
Sarah E. Hernandez
Keith A. Fink & Associates
Attorneys at Law
11500 Olympic Boulevard, Suite 316
Los Angeles, California 90064**

I certify under penalty of perjury that the above is true and correct.

DATED:_____2/6/08_____                    *[signature]*
                                                Ana Sandoval