**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*E-FILED*

**CIVIL MINUTES**

DATE: March 14, 2008

Case No. C-08-080017-RMW          JUDGE: Ronald M. Whyte

E. E. O. C.                                              -V- ENGLISH OAKS CONVALESCENT CENTER
Title

S. Hill Saxon                                          A. Zak
**Attorneys Present**                        **Attorneys Present**

COURT CLERK: Jackie Garcia          COURT REPORTER: Irene Rodriguez

**PROCEEDINGS**

**APPLICATION FOR AN ORDER ENFORCING SUBPOENA**

**ORDER AFTER HEARING**

Hearing Held.  The Court orders the subpoena enforced.  No fees.  The Court wonders why no meet and confer effort was made to work the matter out.  The parties to comply within 10 days.   The Court to send out a ruling to the parties.  The matter is deemed submitted.