**E-filed:** **3/27/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Petitioner,<br><br>v.<br><br>ENGLISH OAKS CONVALESCENT REHABILITATION CENTER,<br><br>    Respondent. | No. Misc-08-00002 RMW<br><br>ORDER GRANTING APPLICATION TO ENFORCE SUBPOENA<br><br>**[Re Docket No. 1]** |

The Equal Employment Opportunity Commission ("EEOC") applied for an order to enforce a subpoena on English Oaks Convalescent Rehabilitation Center ("English Oaks"). The motion is granted. English Oaks' objections are not well-taken and, in any event, its failure to object to the subpoena through the administrative process defined in 29 C.F.R. § 1601.16(b)(1) waived its objections to the subpoena. *See E.E.O.C. v. Lutheran Social Services*, 186 F.3d 959, 964 (D.C. Cir. 1999). The EEOC's failure to diligently pursue enforcement of the subpoena and failure to engage in the required meet-and-confer process lead the court to deny the EEOC's request for costs and attorney's fees in connection with the application to enforce the subpoena.

DATED: __3/26/08__

_Ronald M Whyte_
RONALD M. WHYTE
United States District Judge

ORDER GRANTING APPLICATION TO ENFORCE SUBPOENA
Misc-08-80017 RMW
TSF

**Notice of this document has been e-mailed to:**

**Counsel for EEOC:**

Jonathan T. Peck                    Jonathan.Peck@eeoc.gov
William Robert Tamayo         william.tamayo@eeoc.gov

**Counsel for English Oaks:**

Keith A. Fink                         kfink@finklawfirm.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     3/27/08                                              TSF
                                                              **Chambers of Judge Whyte**

ORDER GRANTING APPLICATION TO ENFORCE SUBPOENA
Misc-08-80017 RMW
TSF                                                                                    2